No. 22-16671

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

DOMONIC RONALDO MALONE,

*Petitioner-Appellee,*

v.

BRIAN WILLIAMS, Warden; ATTORNEY GENERAL FOR THE STATE OF
NEVADA,

*Respondents – Appellants.*

_____

On Appeal from the United States District Court
for the District of Nevada
No. 2:18-cv-01146-RFB-NJK

_____

**RESPONDENTS-APPELLANTS EXCERPTS OF RECORD INDEX
VOLUMES 1 THROUGH 23**

_____

AARON D. FORD
Attorney General
MATTHEW S. JOHNSON (Bar No. 12412)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701
(775) 684-1134 (phone)
(775) 684-1108 (fax)
msjohnson@ag.nv.gov
*Attorneys for Respondents-Appellants*

CA NO. 22-16671

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DOMONIC RONALDO MALONE,

        Petitioner-Appellee,

vs.

BRIAN WILLIAMS, Warden; ATTORNEY GENERAL FOR THE STATE OF NEVADA,

        Respondents-Appellants.

D.C. No. 2:18-cv-01146-RFB-NJK
(Nevada, Las Vegas)

**INDEX OF RESPONDENTS-APPELLANTS' EXCERPT OF RECORD**

**VOLUME 1**

| | PAGE(S) |
|---|---|
| **Order**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 30, 2022 (ECF No. 56) | 0002-0039 |
| **Order**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed July 13, 2020 (ECF No. 40) | 0040-0050 |
| **Order of Affirmance**, Nevada Supreme Court, Case No. 73000, filed September 09, 2019 (ECF No. 31-35) | 0051-0056 |
| **Order Denying Defendant's Ex Parte Motion to Dismiss Appointed Counsel of Record and Resubmit New Appointed Counsel,** United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 30-34) | 0057-0059 |
| **Order of Affirmance**, Nevada Supreme Court, Case No. 61006, filed September 09, 2019 (ECF No. 30-15) | 0060-0066 |

**Order Granting Defendant's Motion for Access to Law Library,** United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-2) — 0067-0068

**Order Granting Defendant's Motion**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-41) — 0069-0070

**Order Denying Motion to Sever**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 24-1) — 0071-0072

## VOLUME 2

**Notice of Appeal**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed October 25, 2022 (ECF No. 57) — 0074-0075

**Reply to Answer to Amended Petition for Writ of Habeas Corpus (ECF No. 51)**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 23, 2021 (ECF No. 54) — 0076-0123

**Answer to Amended Petition for Writ of Habeas Corpus (ECF No. 11)**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed May 28, 2021 (ECF No. 51) — 0124-0171

**Reply in Support of Motion to Dismiss (ECF No. 22)**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed October 14, 2019 (ECF No. 37) — 0172-0178

**Response to State's Motion to Dismiss (ECF No. 22)**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 24, 2019 (ECF No. 36) — 0179-0191

**Motion to Dismiss Amended Petition for Writ of Habeas Corpus (ECF No. 11)**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 22) — 0192-0213

**Amended Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C 2254**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed January 29, 2019 (ECF No. 11) — 0214-0303

**Index of Exhibits in Support of Motion to Dismiss Amended Petition for Writ of Habeas Corpus**, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 23) — 0304-0343

## VOLUME 3

**Exhibit 6** –Transcript of Proceedings – Preliminary Hearing, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 23-9) — 0345-0611

## VOLUME 4

**Exhibit 16** – Information, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 23-27) — 0613-0621

**Exhibit 18** – Transcript of Proceedings - Arraignment, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 23-30) — 0622-0630

**Exhibit 34** – Motion to Sever, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 23-46) — 0631-0655

**Exhibit 136** – Motion for Defendant's Motion to Appoint New Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 25-15) — 0656-0659

**Exhibit 138** – Transcript of Proceedings – Defendant's Motion to Appoint New Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 25-17) — 0660-0662

**Exhibit 158** – Transcript of Proceedings – Status Check: Department Transfer and Trial Setting for Capital Murder Case, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 25-40)     0663-0671

**Exhibit 159** – Motion to Dismiss Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 25-41)     0672-0674

**Exhibit 161** – Transcript of Proceedings –Deft's Pro Per Motion to Dismiss Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 25-43)     0675-0680

**Exhibit 165** – Transcript of Proceedings –Deft Malone's Motion to Recuse the District Attorney's Office, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 25-47)     0681-0691

**Exhibit 225** –Motion for Trial (Speedy) and or in the Alternative Motion to Withdraw Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-35)     0692-0695

**Exhibit 226** – Transcript of Proceedings –Defendant's Pro Per Motion for Speedy Trial and Motion to Withdraw Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-36)     0696-0702

**Exhibit 227** – Transcript of Proceedings – Faretta Canvass, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-37)     0703-0739

**Exhibit 230** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-40)     0740-0749

**Exhibit 232** – Motion for Judicial Determination of Standby Counsel's Obligations Pursuant to Hollaway v. State, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-42)     0750-0753

**Exhibit 233** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-43)     0754-0757

**Exhibit 235** – Transcript of Proceedings –Motion for Judicial Determination, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-48)     0758-0766

**Exhibit 238** – Motion for Reconsideration of Writ of Habeas Corpus, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-51)     0767-0786

**Exhibit 239** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-52)     0787-0802

**Exhibit 241** – Opposition to Defendant Malone's Motion for Reconsideration of Writ of Habeas Corpus, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-54)     0803-0853

**Exhibit 243** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-62)     0854-0865

**Exhibit 244** – Transcript of Proceedings – McCarty's Renewed Motion to Sever, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-63)     0866-0871

**Exhibit 245** – Motion for Paralegal; Financial Assistance; Medical; Private Investigator(s), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-64)     0872-0885

# VOLUME 5

**Exhibit 246** – Transcript of Proceedings – Defendant's Motion for Paralegal Financial Assistance, Medical, Private Investigator, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-65)    0887-0892

**Exhibit 247** – Transcript of Proceedings – Defendant's Motion for Paralegal Financial Assistance, Medical, Private Investigator, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-66)    0893-0904

**Exhibit 249** – Motion for Paralegal – (Rehearing), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-68)    0905-0908

**Exhibit 250** – Transcript of Proceedings – Defendant's Proper Motion to Suppress Statements of Correna Phillips or in the Alternative Motion in Limine to Prohibit Introduction of Statements Made by State Witnesses "Phillips" at the Time of Trial, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-69)    0909-0921

**Exhibit 252** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-71)    0922-0925

**Exhibit 253** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-72)    0926-0937

**Exhibit 255** – Transcript of Proceedings – Status Check: Use of CCDC Law Library, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-74)    0938-0947

**Exhibit 256** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 26-75)    0948-0954

**Exhibit 259** – Transcript of Proceedings – Status Check: Jury Questionnaire, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-3) ........................... 0955-0966

**Exhibit 264** – Transcript of Proceedings – Status Check: Jury Questionnaire, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-8) ........................... 0967-0991

**Exhibit 281** – Transcript of Proceedings – Calendar Call, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-25) ........................... 0992-1003

**Exhibit 284** – Transcript of Proceedings – Status Check: Trial Setting, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-28) ........................... 1004-1011

**Exhibit 285** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-29) ........................... 1012-1015

**Exhibit 286** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-30) ........................... 1016-1027

**Exhibit 288** – Motion to Dismiss Standby Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-32) ........................... 1028-1029

**Exhibit 289** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-33) ........................... 1030-1038

**Exhibit 290** – Memorandum, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-34) ........................... 1039-1044

**Exhibit 292** – Transcript of Proceedings – Defendant's Motion for Complete Rough Draft Transcript, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-36) 1045-1051

**Exhibit 293** – Transcript of Proceedings – Pro Per Motion for Discovery of Prosecution Records, Files and Information Necessary to Fair Trial, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-37) 1052-1066

**Exhibit 295** – Ex Parte Communication (Defendant Memorandum to Court), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-39) 1067-1072

**Exhibit 298** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-43) 1073-1076

**Exhibit 299** – Transcript of Proceedings – All Pending Motions, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-44) 1077-1084

**Exhibit 300** – Motion for Withdrawal of Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-45) 1085-1088

**Exhibit 301** – Transcript of Proceedings – David Schieck's Motion to Withdraw as Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-46) 1089-1098

**Exhibit 315** – Transcript of Proceedings – Calendar Call, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-60) 1099-1105

## VOLUME 6

**Exhibit 321** – Transcript of Proceedings – Jury Trial Day 1 (Part 1), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-66)  1107-1275

## VOLUME 7

**Exhibit 321** – Transcript of Proceedings – Jury Trial Day 1 (Part 2), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-66)  1277-1426

## VOLUME 8

**Exhibit 322** – Transcript of Proceedings – Jury Trial Day 2 (Part 1), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-73)  1428-1606

## VOLUME 9

**Exhibit 322** – Transcript of Proceedings – Jury Trial Day 2 (Part 2), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 27-73)  1608-1750

## VOLUME 10

**Exhibit 323** – Transcript of Proceedings – Jury Trial Day 3 (Part 1), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-1)  1752-1931

## VOLUME 11

**Exhibit 323** – Transcript of Proceedings – Jury Trial Day 3 (Part 2), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-1)  1933-2072

## VOLUME 12

**Exhibit 325** – Transcript of Proceedings – Jury Trial Day 4 (Part 1), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-9)

2074-2243

## VOLUME 13

**Exhibit 325** – Transcript of Proceedings – Jury Trial Day 4 (Part 2), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-9)

2245-2414

## VOLUME 14

**Exhibit 327** – Transcript of Proceedings – Jury Trial Day 5, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-13)

2416-2661

## VOLUME 15

**Exhibit 328** – Transcript of Proceedings – Jury Trial Day 6, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-18)

2663-2944

## VOLUME 16

**Exhibit 329** – Transcript of Proceedings – Jury Trial Day 7, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-23)

2946-3206

## VOLUME 17

**Exhibit 330** – Transcript of Proceedings – Jury Trial Day 8, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-28)

3208-3420

## VOLUME 18

**Exhibit 331** – Transcript of Proceedings – Jury Trial Day 9, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-32)

3422-3621

## VOLUME 19

**Exhibit 332** – Transcript of Proceedings – Jury Trial Day 10, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 28-35)

3623-3835

## VOLUME 20

**Exhibit 333** – Transcript of Proceedings – Jury Trial Day 11, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-1)

3837-3911

**Exhibit 335** – Transcript of Proceedings – Jury Trial Day 12, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-4)

3912-4100

## VOLUME 21

**Exhibit 338** – Transcript of Proceedings – Jury Trial Day 13, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-9)

4102-4293

**Exhibit 340** – Third Amended Information, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-14)

4294-4302

**Exhibit 341** – Transcript of Proceedings – Jury Trial Day 14, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-15)

4303-4328

## VOLUME 22

**Exhibit 343** – Transcript of Proceedings – Jury Trial Day 15, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-17)

4330-4468

**Exhibit 345** – Transcript of Proceedings – Jury Trial Day 16, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-21)

4469-4528

**Exhibit 358** – Transcript of Proceedings – Jury Trial Day 21 (Penalty Phase), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-47)

4529-4544

**Exhibit 365** – Judgment of Conviction (Jury Trial), United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 29-54)

4545-4550

## VOLUME 23

**Exhibit 376** – Appellant's Opening Brief, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 30-6)

4552-4617

**Exhibit 381** – Respondent's Answering Brief, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 30-11)

4618-4664

**Exhibit 383** – Appellant's Reply Brief, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 30-13)

4665-4701

**Exhibit 398** – Defendants Ex Parte Motion to Dismiss Appointed Counsel of Record and Resubmit New Appointed Counsel, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 30-32)

4702-4706

**Exhibit 399** – Memorandum to Court, United States District Court, Case No. 2:18-cv-01146-RFB-NJK, filed September 09, 2019 (ECF No. 30-33)

    4707-4716

**Docket Sheet** –United States District Court, Case No. 2:18-cv-01146-RFB-NJK

    4717-4728

RESPECTFULLY SUBMITTED this 29th day of March 2023.

        AARON FORD
        Attorney General

By:   /s/ Matthew S. Johnson
        MATTHEW S. JOHNSON (Bar No. 12412)
        Deputy Attorney General
        State of Nevada
        Office of the Attorney General
        100 North Carson Street
        Carson City, Nevada 89701-4717
        Telephone: (775) 684-1134
        Fax: (775) 684-1108
        *Attorney for Respondents-Appellants*